UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOUGLAS HEIMOWITZ,

                Plaintiff,

        - against -

RANDOM HOUSE, INC.,

                Defendant.
------------------------------------------------------------X

10 Civ. 3988 (ADS)(AKT)

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ 2010
LONG ISLAND OFFICE

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that:

       1.     The time for Defendant Random House, Inc. to answer or otherwise respond to Plaintiff Douglas Heimowitz's Complaint shall be extended to October 25, 2010. The current due date for such response is September 23, 2010. No party has previously sought an extension in this action.

       2.     This stipulation may be executed in counterparts, all of which when signed shall constitute a single stipulation.

       3.     Facsimile copies of this stipulation and signatures thereon shall be valid and binding on the parties.

Dated: New York, New York
       September 16, 2010

| | |
|---|---|
| LAW OFFICES OF P.B. TUFARIELLO, P.C. | DAVIS WRIGHT TREMAINE LLP |
| By: *Panagiota Betty Tufariello* | By: *Elizabeth A. McNamara* |
|     Panagiota Betty Tufariello |     Elizabeth A. McNamara |
| 25 Little Harbor Road<br>Mount Sinai, New York 11766<br>Tel: (631) 476-8734<br>Email: betty@intellectulaw.com | 1633 Broadway – 27th Floor<br>New York, New York 10019<br>Tel: (212) 489-8230<br>Email: lizmcnamara@dwt.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

DWT 15468868v1 3910039-000194

SO ORDERED:

_____
HON. ARTHUR D. SPATT
UNITED STATES DISTRICT JUDGE

Dated: September 20, 2010

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT, VIA FACSIMILE.

DWT 15468868v1 3910039-000194