UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
DOUGLAS HEIMOWITZ,

                Plaintiff,

      - against -

RANDOM HOUSE, INC.,

                Defendant.
------------------------------------------------------------------ X

10 Civ. 3988 (ADS)(AKT)

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for Defendant Random House, Inc. to answer or otherwise respond to Plaintiff Douglas Heimowitz's Complaint shall be extended to December 10, 2010. The currently scheduled date for such response is November 24, 2010.

Dated: New York, New York
        November 24, 2010

| LAW OFFICES OF P.B. TUFARIELLO, P.C. | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: __s/ Panagiota Betty Tufariello__<br>     Panagiota Betty Tufariello<br>25 Little Harbor Road<br>Mount Sinai, New York 11766<br>Tel: (631) 476-8734<br>Email: betty@intellectulaw.com | By: __s/ Victor Hendrickson__<br>     Victor Hendrickson<br>1633 Broadway – 27th Floor<br>New York, New York 10019<br>Tel: (212) 489-8230<br>Email: victorhendrickson@dwt.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED:

_____
HON. ARTHUR D. SPATT
UNITED STATES DISTRICT JUDGE

Dated: November 27, 2010

**MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT, VIA FACSIMILE.**

DWT 16026274v1 3910039-000194