UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
DOUGLAS HEIMOWITZ,

                Plaintiff,

        - against -

RANDOM HOUSE, INC.,

                Defendant.
---------------------------------------------------------------x

10 Civ. 3988 (ADS) (AKT)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned attorneys for the respective parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action be, and hereby is, dismissed with prejudice, and without costs to any party. The undersigned represent all the parties who have appeared in this action.

This Stipulation may be signed using one or more counterparts. The several executed copies together will be considered an original and will be binding on the parties. Facsimile copies of this stipulation and signatures thereon shall be valid and binding on the parties.

Dated: New York, New York
       December _10_, 2010

| LAW OFFICES OF P.B. TUFARIELLO, P.C. | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: _[signature]_<br>    Panagiota Betty Tufariello | By: _[signature]_<br>    Elizabeth A. McNamara |
| 25 Little Harbor Road<br>Mount Sinai, New York 11766<br>Tel: (631) 476-8734<br>Email: betty@intellectulaw.com | 1633 Broadway – 27th Floor<br>New York, New York 10019<br>Tel: (212) 489-8230<br>Email: lizmcnamara@dwt.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |